**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 30, 2015

Hon. Tabeth Gardner
District Clerk
DeWitt County Courthouse
P. O. Box 845
Cuero, TX 77954
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00296-CV
Tr.Ct.No. 12-07-22,348
Style:    Natalie G. Tise and Scott M. Witte, Both Individually and As Independent
          Executors of the Estate of James R. Witte, Deceased v. Thelma Louise Witte
          and James R. Witte

        The judgment of the trial court in the above cause was DISMISSED by this Court on the 18th day of December, 2014.  The mandate is enclosed.

        Costs of the appeal were adjudged against the party incurring the same.

        Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days.  Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

                        Very truly yours,

                        *Dorian E. Ramirez*

                        Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Samuel Walter Veenstra (DELIVERED VIA E-MAIL)
      Hon. Charles Vance Christopher (DELIVERED VIA E-MAIL)